UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Sharel Farmer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| Eagle Systems and Services, Incorporated, | ) 5:14-CV-403-BR |
| Data Solutions & Technology (DST), Inc., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss (DE ## 10, 18) are GRANTED. This case is closed.

**This judgment filed and entered on January 9, 2015, and served on:**

Mario White (via CM/ECF Notice of Electronic Filing)
Kerry A. Shad (via CM/ECF Notice of Electronic Filing)
Jang H. Jo (via CM/ECF Notice of Electronic Filing)
Justin N. Davis (via CM/ECF Notice of Electronic Filing)

January 9, 2015  /s/ Julie A. Richards,
Clerk of Court